

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, ROOM 4300
NEW YORK, NEW YORK 10281

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> _/s/ Alvin K. Hellerstein_
> Alvin K. Hellerstein, U.S.D.J.
> Date: 4-8-19

**Via Regular Mail and ECF**

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   <u>SEC v. Premier Holding Corp., 18 Misc. 532 (AKH)</u>

Dear Judge Hellerstein:

    Per Your Honor's Order of January 11, 2019, we write to advise you of the status of the investigative subpoena and the SEC's application for an order to show cause in the above matter. To date, Respondent Premier Holding Corporation (Premier) has produced documents and counsel has confirmed that Premier has produced all responsive documents in its possession and control responsive to the revised subpoena. Counsel for Premier has also advised the SEC in writing that we "should expect" to receive the privilege log by no later than today. In light of Premier's written representations, the SEC advises Your Honor that this matter can be closed.

Very Truly Yours,

Bennett Ellenbogen
Senior Counsel

Cc: Karen Bernstein, counsel for Premier Holding Corp. (via email)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/19
```